IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

WILLIAM V. MCCALEB,

    Plaintiffs,

v.

                                              Case No. CV-00-J-3003-J

DOVENMUEHLE MORTGAGE, INC.,
et al.,

    Defendants.

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendations (doc. 32) and the plaintiff's objections to the Report and Recommendation (docs. 34 and 36). The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendations are due to be adopted. The court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of this court as if the same were set out here in full. An appropriate order will be entered.

**DONE** this the ___21___ day of October, 2003.

                                                INGE P. JOHNSON
                                                UNITED STATES DISTRICT JUDGE